# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| SEAN T. WILEY, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-125 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA; | * | |
| CORRECTIONAL OFFICER NEWEL; DR. | * | |
| CHADICK; and DR. FIGUEREDO, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 30. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS as unopposed** Defendants' Motion to Dismiss, and **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Orders. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment and **DENIES** Plaintiff *in forma*

AO 72A
(Rev. 8/82)

*pauperis* status on appeal.

      **SO ORDERED**, this ___21___ day of ___July___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA