AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SEAN T. WILEY,

    Plaintiff,

v.

UNITED STATES OF AMERICA; CORRECTIONAL OFFICER NEWEL; DR. CHADICK; and DR. FIGUEREDO,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:21-cv-125

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 21, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Defendants' motion to dismiss is granted as unopposed, and Plaintiff's complaint is dismissed without prejudice. Additionally, Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: July 21, 2022

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk