# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| SEAN T. WILEY, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-125 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| CORRECTIONAL OFFICER NEWEL, DR. | * | |
| CHADICK, and DR. FIGUEREDO, | * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 43. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Defendants' Motion to Dismiss and **DISMISSES without prejudice** Plaintiff's Complaint for failure to exhaust his available administrative remedies. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of

AO 72A
(Rev. 8/82)

dismissal and **DENIES** Plaintiff *in forma pauperis* status on appeal.

    **SO ORDERED**, this \_\_1\_\_ day of \_\_September\_\_, 2023.

                                       HON. LISA GODBEY WOOD, JUDGE
                                       UNITED STATES DISTRICT COURT
                                       SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)