# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| SEAN T. WILEY, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-125 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| CORRECTIONAL OFFICER NEWEL, DR. | * | |
| CHADICK, and DR. FIGUEREDO, | * | |
| | * | |
| Defendants. | * | |

### ORDER

Plaintiff filed Objections to the Magistrate Judge's Report and Recommendation dated August 11, 2023. Dkt. No. 46. The Court received Plaintiff's Objections after the time for objections had expired and after the Court adopted the Magistrate Judge's Report as the opinion of the Court. Dkt. No. 44. The Court has now reviewed Plaintiff's Objections and finds no reason to disturb the Court's previously entered Order.

In the Report, the Magistrate Judge recommended the Court dismiss Plaintiff's Complaint in its entirety because Plaintiff failed to exhaust available administrative remedies. Dkt. No. 43. For Plaintiff's Federal Tort Claims Act ("FTCA") claim, the Magistrate Judge found Plaintiff failed to demonstrate he mailed

AO 72A
(Rev. 8/82)

the required notice form to the Bureau of Prisons ("BOP"). Id. at 3-13. For Plaintiff's Bivens claims, the Magistrate Judge found Plaintiff failed to file a grievance before bringing his Complaint. Id. at 13-22.

Plaintiff's Objections concern only his FTCA claim. Plaintiff argues the record refutes the declaration of Kevin Littlejohn, a BOP paralegal specialist who works at the BOP's Regional Office. Defendants submitted the declaration in support of their motion to dismiss. Dkt. No. 46 at 3. Plaintiff states he mailed the required notice form to the BOP Regional Office, but he never received responses to his administrative remedy requests about the status of his FTCA claim while he was incarcerated at the Federal Correctional Institution in Jesup, Georgia ("FCI Jesup"). Id. at 3. Plaintiff states his unit manager, Melissa Perrigan, contacted the BOP Regional Office about his FTCA claim. Id. However, Mr. Littlejohn declared he responded to Plaintiff's administrative remedy requests, and he did not speak to Ms. Perrigan about Plaintiff's claim. Id.

Plaintiff misconstrues the record in support of his argument. A July 2, 2021 administrative remedy rejection notice shows Plaintiff was notified at FCI Jesup the BOP Regional Office did not receive his FTCA claim form. Dkt. No. 38-2 at 2. In fact, Plaintiff attached this notice to his own brief in

2

response to Defendants' motion to dismiss. Id. Plaintiff provides an informal resolution form he contends proves Ms. Perrigan spoke to Mr. Littlejohn about the FTCA claim. Dkt. No. 46 at 13. However, as the Magistrate Judge noted, this record only states Ms. Perrigan "emailed about claim;" it does not state who Ms. Perrigan emailed or whether she received any response. To the contrary, it states Ms. Perrigan was unable to resolve Plaintiff's issue. Therefore, this record does not contradict Mr. Littlejohn's declaration or provide support for Plaintiff's position.

Plaintiff, in his remaining Objections, merely repeats arguments he previously made in response to Defendants' motion to dismiss. Plaintiff argues he established a legal presumption the BOP Regional Office received his FTCA claim form because he showed he properly addressed, stamped, and mailed the form to the BOP Regional Office. Id. at 4-5. Plaintiff also provides exhibits with his Objections intended to prove he was indigent and requested postage stamps provided to indigent prisoners. However, the Magistrate Judge considered and properly rejected these same arguments. Dkt. No. 43 at 7-9. Plaintiff's knowledge of the BOP's address is not sufficient to show he properly addressed the FTCA claim form at issue here. Further, Plaintiff's exhibits do not show he purchased stamps on or around the time he says he mailed his FTCA claim form. The

3

postage request form Plaintiff provides is dated September 4, 2018, but Plaintiff claims he mailed the FTCA claim form more than two years later, on December 28, 2020. Dkt. No. 46 at 5-6. This record provides no support for Plaintiff's position.

Accordingly, the Court **OVERRULES** Plaintiff's Objections, and the Court's September 1, 2023 Order adopting the Magistrate Judge's Report and Recommendation remains the Order of this Court. This case remains **CLOSED**. Dkt. Nos. 43, 44.

**SO ORDERED**, this 20 day of September, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA